**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, LLC; Lamanza, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Monica E. Ramirez Hernandez,<br><br>        Plaintiff,<br><br>vs.<br><br>Cardenas Markets, LLC; Lamanza, LLC; Doe Store Managers I through X; Doe Store Employees I through X; Doe Owners 1 through X; Doe Property Managers I through X; Doe Maintenance Employees I through X; Doe Janitorial Employees I through X; Roe Property Managers XI through XX; Roe Maintenance Companies XI through XX; Toe Owners XI through XX; Roe Employees XI through XX; Does XXI through XXC; Roe Corporations XXC through XXX, inclusive, jointly and severally,<br><br>        Defendant. | Case No.: 2:23-CV-799<br><br>**Amended Proposed Stipulated Discovery Plan and Scheduling Order; Submitted in Compliance with LR 26-1(b)**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED** |

1. **Meeting**: The parties conducted the Rule 26(f) conference on June 1, 2023.

2. **Pre-Discovery Disclosures**: The parties have not yet served their Rule 26(a)(1) disclosures.

3. **Discovery Plan**: The parties propose the discovery period below, calculated from Cardenas Markets, LLC and Lamanza, LLC's May 22, 2023 Petition for Removal. The parties request additional time because of the nature of Plaintiff's injuries. Plaintiff alleges a number of injuries for her lower and upper back. She is still treating, receiving pain management and

283237181v.1

chiropractic care. Plaintiff may allege the need for surgery. Thus the parties request an additional 90 days.

| Amending the Pleadings and Adding Parties | November 17, 2023 |
| Initial Expert Disclosures & Interim Status Report | November 17, 2023 |
| Rebuttal Expert Disclosures | December 15, 2023 |
| Discovery Closes | February 16, 2024 |
| Dispositive Motions | March 15, 2024 |
| Pre-Trial Order, if no Dispositive Motions | April 12, 2024 |

The parties certify that they have conferred about the possibility of using alternative dispute resolution processes, but concluded they are not mutually beneficial at this time. The parties also considered consent to trial by a magistrate judge and the use of the Short Trial Program. Further, the parties have discussed electronic evidence, but to date have no electronic evidence to present other than video of the fall.

| WILSON ELSER | BIGHORN LAW |
|---|---|
| */s/ Jonathan C. Pattillo* <br> Michael P. Lowry, Esq. <br> Nevada Bar No. 10666 <br> Jonathan C. Pattillo, Esq. <br> Nevada Bar No. 13929 <br> Attorneys for Cardenas Markets, Inc.; Lamanza, LLC | */s/ Joshua P. Berrett* <br> Kimball Jones, Esq. <br> Nevada Bar No. 12982 <br> Joshua P. Berrett, Esq. <br> Nevada Bar No. 12697 <br> Attorneys for Monica Ramirez Hernandez |

### ORDER

**IT IS SO ORDERED.**
DATED: June 5, 2023

_____
UNITED STATES MAGISTRATE JUDGE

-2-

283237181v.1

**Certificate of Service**

Pursuant to NRCP 5, I certify that on June 2, 2023, I served **De Proposed Stipulated Discovery Plan and Scheduling Order; Submitted in Compliance with LR 26-1(b)** as follows:

☐     by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒     via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

| | |
|---|---|
| Bighorn Law<br>3675 W. Cheyenne Ave. Suite 100<br>North Las Vegas, NV 89032<br>Attorneys for Plaintiff | |

BY: *Mary Ann Tuer*
           An Employee of Wilson Elser Moskowitz Edelman
           & Dicker, LLP

-3-

283237181v.1