**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, LLC; Lamanza, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Monica E. Ramirez Hernandez,<br><br>Plaintiff,<br><br>vs.<br><br>Cardenas Markets, LLC; Lamanza, LLC; Doe Store Managers I through X; Doe Store Employees I through X; Doe Owners 1 through X; Doe Property Managers I through X; Doe Maintenance Employees I through X; Doe Janitorial Employees I through X; Roe Property Managers XI through XX; Roe Maintenance Companies XI through XX; Toe Owners XI through XX; Roe Employees XI through XX; Does XXI through XXC; Roe Corporations XXC through XXX, inclusive, jointly and severally,<br><br>Defendant. | Case No.: 2:23-cv-799<br><br>**Stipulation and Order to Dismiss with Prejudice**<br><br>ECF No. 39 |

///

///

///

///

///

1

303000840v.1

The parties stipulate to dismiss with prejudice, each to bear their own fees and costs. There was no trial date set.

DATED this 4th day of December 2024.

BIGHORN LAW

BY: */s/ Joshua P. Berrett, Esq.*
KIMBALL JONES
Nevada Bar No. 12982
JOSHUA P. BERRETT
Nevada Bar No. 12697
Attorneys for Plaintiff

DATED this 4th day of December 2024.

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

BY: */s/ Michael Lowry*
MICHAEL P. LOWRY
Nevada Bar No. 10666
Attorneys for Cardenas Markets, LLC;
Lamanza, LLC

## ORDER

Based on the parties' stipulation **[ECF No. 39]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 5, 2024